UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-236-MOC-DSC

| | |
|---|---|
| **MEINEKE FRANCHISOR SPV, LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **GIUSEPPE SIRIGANO,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on its motion.

**IT IS HEREBY ORDERED** that, given the current Covid-19 pandemic and the recent surge in cases throughout the country, the trial in this matter, currently scheduled to begin on December 21, 2020, is continued to the Court's next civil term in February 2021.

The Clerk is instructed to set this matter on for trial on the first day of the February 2021 civil term.

**IT IS SO ORDERED.**

Signed: November 24, 2020

*[Signature]*
Max O. Cogburn Jr
United States District Judge